IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

vs                          CASE NO. 4:07cr00107-02 JMM

EDDIE RAMON ROSARIO                                                   DEFENDANT
USM Number 24581-009

## ORDER AMENDING JUDGMENT

Pursuant to Fed. R. Crim P. 36, the judgment entered December 19, 2009 (DE #57) in the above case, is amended to correct the sentence imposed on the same date.

Because there was a statutory enhancement pursuant to 18 U.S.C. §3147, part of the sentence was required to be consecutive to any other sentence of imprisonment.

The Court must amend the judgment to correct a clerical error. Accordingly, the Judgment is amended to state:

Count 1: ONE HUNDRED THIRTY FIVE (135) months on the underlying offense plus SIX (6) months under 18 U.S.C. § 3147 to run consecutively for a total of ONE HUNDRED FORTY ONE (141) months.

Count 2: FIFTY-FOUR (54) months on the underlying offense plus SIX (6) months under 18 U.S.C. § 3147 to run consecutively for a total of SIXTY (60) MONTHS to run concurrent to Count 1.

All to run concurrently to the sentence imposed in the Eastern District of Pennsylvania.

IT IS SO ORDERED this 25th day of February, 2014

_____
UNITED STATES DISTRICT JUDGE